UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page 1

IN RE:
ALLEN DWAYNE BUCHANAN  Date   05/05/2015   Case Number  14-06089-D
KATINA MALYNN BUCHANAN
8271 LACE DR
STANTON MI 48888


ALLEN DWAYNE BUCHANAN
KATINA MALYNN BUCHANAN
8271 LACE DR
STANTON MI 48888

## NOTICE OF INTENT TO PAY CLAIMS

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 001-0 | ANDERSEN DAVID C<br>DAVID ANDERSEN & ASSOCIATES PC<br>866 - 3 MILE ROAD NW  STE B | 09/18/2014 | 3,650.00 | 3,650.00 | | Legal |
| 002-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 247.00 | 0.00 | | Unsecured<br>Not Filed |
| 003-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 114.00 | 0.00 | | Unsecured<br>Not Filed |
| 004-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 11.00 | 0.00 | | Unsecured<br>Not Filed |
| 005-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 149.00 | 0.00 | | Unsecured<br>Not Filed |
| 006-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 29.00 | 0.00 | | Unsecured<br>Not Filed |
| 007-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 8.00 | 0.00 | | Unsecured<br>Not Filed |
| 008-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 169.00 | 0.00 | | Unsecured<br>Not Filed |
| 009-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 32.00 | 0.00 | | Unsecured<br>Not Filed |
| 010-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 335.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   ALLEN DWAYNE BUCHANAN         KATINA MALYNN BUCHAN/Case Number   14-06089-D   5/5/2015

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 011-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 13.00 | 0.00 | | Unsecured<br>Not Filed |
| 012-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 364.00 | 0.00 | | Unsecured<br>Not Filed |
| 013-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 48.00 | 0.00 | | Unsecured<br>Not Filed |
| 014-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 16.00 | 0.00 | | Unsecured<br>Not Filed |
| 015-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 16.00 | 0.00 | | Unsecured<br>Not Filed |
| 016-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 244.00 | 0.00 | | Unsecured<br>Not Filed |
| 017-0 | ACCOUNT RECEIVABLE SOLUTIONS<br>PO BOX 184 | | 237.00 | 0.00 | | Unsecured<br>Not Filed |
| 018-0 | ALLIED CASH ADVANCED<br>301 MAPLEWOOD DR STE 1B | | 676.00 | 0.00 | | Unsecured<br>Not Filed |
| 019-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 261.00 | 0.00 | | Unsecured<br>Not Filed |
| 020-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 59.00 | 0.00 | | Unsecured<br>Not Filed |
| 021-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 121.00 | 0.00 | | Unsecured<br>Not Filed |
| 022-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 129.00 | 0.00 | | Unsecured<br>Not Filed |
| 023-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 100.00 | 0.00 | | Unsecured<br>Not Filed |
| 024-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 100.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   ALLEN DWAYNE BUCHANAN   KATINA MALYNN BUCHAN / Case Number   14-06089-D   5/5/2015

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 025-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 27.00 | 0.00 | | Unsecured<br>Not Filed |
| 026-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 50.00 | 0.00 | | Unsecured<br>Not Filed |
| 027-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 145.00 | 0.00 | | Unsecured<br>Not Filed |
| 028-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 622.00 | 0.00 | | Unsecured<br>Not Filed |
| 029-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 886.00 | 0.00 | | Unsecured<br>Not Filed |
| 030-0 | ALLIED COLLECTION GROUP<br>PO BOX 1799 | | 261.00 | 0.00 | | Unsecured<br>Not Filed |
| 031-0 | BALDWIN LAKE DENTAL<br>322 S LAFAYETTE ST | | 448.00 | 0.00 | | Unsecured<br>Not Filed |
| 032-0 | BAY AREA CREDIT SERVICE<br>PO BOX 5914 | | 74.00 | 0.00 | | Unsecured<br>Not Filed |
| 033-0 | CBCS<br>PO BOX 2334 | | 534.00 | 0.00 | | Unsecured<br>Not Filed |
| 034-0 | CHECK N GO<br>2300 S STATE RD | | 676.00 | 0.00 | | Unsecured<br>Not Filed |
| 035-0 | CONSUMERS ENERGY COMPANY<br>ATTN: LEGAL DEPARTMENT<br>ONE ENERGY PLAZA | 09/25/2014 | 3,543.00 | 3,598.47 | 10.19 | Unsecured |
| 036-0 | CHARTER COMMUNICATIONS<br>ATTN: CASH MANAGEMENT<br>279 TROWBRIDGE DRIVE | 10/02/2014 | 309.00 | 309.23 | 10.19 | Unsecured |
| 037-0 | CREDIT SERVICE INC<br>304 QUINCY STREET | | 24.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   ALLEN DWAYNE BUCHANAN          KATINA MALYNN BUCHANAN   Case Number   14-06089-D   5/5/2015

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 038-0 | EOS CCA<br>700 LONGWATER DRIVE | | 2,400.00 | 0.00 | | Unsecured<br>Not Filed |
| 039-0 | FIRST BANK OF DELAWARE<br>1000 ROCK RUN PARKWAY | | 663.00 | 0.00 | | Unsecured<br>Not Filed |
| 040-0 | FIRST PREMIER BANK<br>PO BOX 5524 | | 417.00 | 0.00 | | Unsecured<br>Not Filed |
| 041-0 | GREENVILLE FAMILY FOOT CARE<br>917 N LAFAYETTE ST | | 119.00 | 0.00 | | Unsecured<br>Not Filed |
| 042-0 | GREENVILLE FAMILY EYE CARE<br>MARK A CANFIELD OD<br>322 S LAFAYETTE ST | | 35.00 | 0.00 | | Unsecured<br>Not Filed |
| 043-0 | HARRIS & HARRIS LTD<br>111 WEST JACKSON BOULEVARD STE 400 | | 75.00 | 0.00 | | Unsecured<br>Not Filed |
| 044-0 | MI STATE BUREAU OF DRIVE &<br>VEHICLE RECORDS<br>7064 CROWNER DRIVE | | 150.00 | 0.00 | | Unsecured<br>Not Filed |
| 045-0 | MONEY RECOVERY NATIONWIDE<br>801 S WAVERLY RD STE 100<br>PO BOX 13129 | | 46.00 | 0.00 | | Unsecured<br>Not Filed |
| 046-0 | ORBIT LEASING INC<br>1515 28TH STREET SW | 01/22/2015 | 1.00 | 9,408.48 | 10.19 | Unsecured |
| 047-0 | RESIDENTIAL CREDIT SOLUTIONS I<br>4282 N FREEWAY | | 1.00 | 0.00 | | Unsecured<br>Not Filed |
| 048-0 | SPECTRUM HEALTH<br>C/O BARBARA TSATUROVA ESQ<br>PO BOX 2878 | | 2,322.00 | 0.00 | | Unsecured<br>Not Filed |
| 049-0 | STELLAR RECOVERY INC<br>4500 SALISBURY RD STE 10 | | 217.00 | 0.00 | | Unsecured<br>Not Filed |
| 050-0 | UNIVERSAL RENT TO OWN<br>301 MAPLEWOOD DR | | 1,149.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   ALLEN DWAYNE BUCHANAN     KATINA MALYNN BUCHAN  Case Number   14-06089-D   5/5/2015

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 051-0 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR VERIZON<br>PO BOX 248838 | 11/14/2014 | 2,474.00 | 2,427.28 | 10.19 | Unsecured |
| 052-0 | ASTERA CREDIT UNION<br>111 S WAVERLY ROAD | 09/25/2014 | 2,320.00 | 2,369.92 | | Secured |
| 053-0 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 10/07/2014 | 0.00 | 594.72 | | Priority |
| 053-1 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7317 | 10/07/2014 | | 1,945.28 | 10.19 | Unsecured |
| 054-0 | MICHIGAN DEPT OF TREASURY<br>REVENUE DIVISION/AG<br>PO BOX 30455 | 12/16/2014 | 1,723.77 | 3,197.41 | | Priority |
| 054-1 | MICHIGAN DEPT OF TREASURY<br>REVENUE DIVISION/AG<br>PO BOX 30455 | 12/16/2014 | | 8,778.52 | | Secured |
| 054-2 | MICHIGAN DEPT OF TREASURY<br>REVENUE DIVISION/AG<br>PO BOX 30455 | 12/16/2014 | | 2,723.55 | 10.19 | Unsecured |
| 055-0 | MICHIGAN DEPARTMENT OF TREASUR<br>TREASURY BLDG | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 056-0 | MICHIGAN DEPT OF TREASURY<br>TREASURY BUILDING<br>430 WEST ALLEGAN | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 057-0 | MICHIGAN DEPARTMENT OF TREASUR<br>COLLECTIONS DIVISION<br>PO BOX 30199 | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 058-0 | MICHIGAN DEPARTMENT OF TREASUR<br>COLLECTION/BANKRUPTCY UNIT<br>PO BOX 30168 | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 059-0 | MICHIGAN DEPARTMENT OF TREASUR<br>PO BOX 30199 | | 0.00 | 0.00 | | Priority<br>Not Filed |

Continued on Next Page

| In RE: | ALLEN DWAYNE BUCHANAN | KATINA MALYNN BUCHANAN | Case Number | 14-06089-D | 5/5/2015 |
|---|---|---|---|---|---|

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 060-0 | MONTCALM COUNTY TREASURER<br>211 W MAIN STREET | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 061-0 | MICHIGAN DEPT OF TREASURY<br>REVENUE DIVISION/AG<br>PO BOX 30455 | 12/16/2014 | 1,581.00 | 550.00 | 10.19 | Unsecured |
| 062-0 | MICHIGAN DEPT OF TREASURY<br>PO BOX 30158 | | 0.00 | 0.00 | | Priority<br>Not Filed |
| 063-0 | MICHIGAN BELL TELEPHONE COMPAN<br>C/O AT&T SERVICES INC<br>ONE AT&T WAY, ROOM 3A104 | 09/24/2014 | 0.00 | 2,400.94 | 10.19 | Unsecured |
| 064-0 | CREDIT MANAGEMENT LP<br>PO BOX 1931 | 10/09/2014 | 0.00 | 923.24 | 10.19 | Unsecured |
| 065-0 | ANDERSEN DAVID C<br>DAVID ANDERSEN & ASSOCIATES PC<br>866 - 3 MILE ROAD NW  STE B | 09/18/2014 | 0.00 | 0.00 | | Continue |
| 067-0 | AMERICAN INFOSOURCE LP AS AGEN<br>DIRECTV LLC<br>PO BOX 51178 | 01/19/2015 | 0.00 | 247.60 | 10.19 | Unsecured |
| 772-0 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>ONE DIVISION AVENUE NW ROOM 200 | 09/18/2014 | 310.00 | 310.00 | | Admin |
| TRS-0 | Brett N. Rodgers | | 0.00 | 0.00 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 11,148.44 | 3,792.13 | 2,500.01 | 310.00 | 3,650.00 | 0.00 |

Total To Be Paid        21,400.58

/s/ Brett N. Rodgers
Brett N. Rodgers, Chapter 13 Trustee

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee                                    Page    6

In RE:    ALLEN DWAYNE BUCHANAN         KATINA MALYNN BUCHAN/Case Number    14-06089-D    5/5/2015

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by BRETT N. RODGERS, CHAPTER 13 STANDING TRUSTEE

and that on the Date of Service I served the within
on: DEBTOR(S)

Date of Service:  5/5/2015

by first class mail with postage fully prepaid thereon.
Executed at Grand Rapids, Michigan on Date of Service.

/s/ Evie Powers

Evie Powers

Case:14-06089-swd    Doc #:32    Filed: 05/05/15    Page 9 of 9